DAVID SHOLTZ, et al., v. STATE, ex rel. THE SECURITY
BENEFIT ASSOCIATION.

165 So. 38.
Division B.
No. 2270.
Opinion Filed December 20, 1935.

*Cary D. Landis,* Attorney General, and *Robert J. Pleus*
and *James B. Watson,* Assistants, for Plaintiffs in Error;

*Casey & Walton,* of Miami, and *William K. Whitfield,*
of Tallahassee, for Defendant in Error.

PER CURIAM.—This case is a companion case to that of
Sholtz, *et al.,* Plaintiffs in Error, v. State of Florida, *ex rel.*
Ben Hur Life Association, a Corporation, Defendant in
Error, and upon authority of the opinion and judgment this
day filed in that case, the judgment herein is affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur
in the opinion and judgment.